# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| SHIRLEY GAINES, et al., <br> Plaintiffs, | : <br> : | CASE NO.: 1:63-CV-764 (WLS) |
| vs. | : | |
| DOUGHERTY COUNTY BOARD <br> OF EDUCATION, et al., <br> Defendants. | : | |

___

## ANNUAL REPORT

COMES NOW the Dougherty County School Board, a defendant in the above-styled-matter and submits herewith its 2019 annual report on the operation of the school system in compliance with the requirements of the decree in this matter pending before this Honorable Court.

Respectfully Submitted,

This 22nd day of November 2019.

/ s/ Gary Lamar Jr.
Georgia Bar # 712471
Hayden Headley Hooks
Georgia Bar # 786812
Franklin T. Coleman, III
Georgia Bar # 177490
Franklin T. Coleman IV
Georgia Bar # 177580

Attorneys for Defendant Dougherty County School Board:
Perry & Walters, LLP
212 N. Westover Blvd.
Post Office Box 71209
Albany, Georgia 31708
(229) 439-4000

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing "Annual Report" and attached appendix on all counsel of record by filing same using the Court's CM/ECF system as required by local rules.

This 22nd day of November 2019.

    /s/Gary Lamar Jr.
GARY LAMAR JR.
Georgia Bar # 712471
Perry & Walters, LLP
212 N. Westover Blvd.
Post Office Box 71209
Albany, Georgia 31708
(229) 439-4000