


**Dougherty County School System**
200 Pine Avenue – P. O. Box 3170
Albany, Georgia 31706

# 2019 Federal Court Report

November 18, 2019

Kenneth Dyer, Superintendent

_____     _____
Superintendent's Signature                              Date: 11/18/19

*"Building a great community, one student at a time"!*

1

| DCSS STUDENT RACIAL INFORMATION | | | | |
|---|---|---|---|---|
| November, 2019 | | | | |
| SCHOOL | Black | White | Other | Total |
| Dougherty Comprehensive High School | 972 | 33 | 79 | 1084 |
| Monroe Comprehensive High School | 1054 | 11 | 28 | 1093 |
| Westover Comprehensive High School | 1141 | 111 | 61 | 1313 |
| South Georgia Regional Achievement Center-Included in Home School Totals | | | | |
| Fresh Start Academy-Included in Home School Totals | | | | |
| College Career & Performance Center-Included in Home School Totals | | | | |
| Commodore Conyers College & Career Academy-Included in Home School Totals | | | | |
| | | | | |
| TOTALS | 3167 | 155 | 168 | 3490 |
| | | | | |
| Albany Middle School | 915 | 35 | 31 | 981 |
| Merry Acres Middle School | 689 | 36 | 23 | 748 |
| Radium Springs Middle School of the Arts | 774 | 21 | 67 | 862 |
| Robert A. Cross Middle Magnet School | 592 | 46 | 60 | 698 |
| | | | | |
| TOTALS | 2970 | 138 | 181 | 3289 |
| | | | | |
| Alice Coachman Elementary School | 491 | 23 | 9 | 523 |
| International Studies Elementary School | 301 | 21 | 99 | 421 |
| Lake Park Elementary School | 290 | 227 | 56 | 573 |
| Lamar Reese Fine Arts Elementary School | 415 | 1 | 4 | 420 |
| Lincoln Elementary Magnet School | 546 | 10 | 12 | 568 |
| Live Oak Elementary School | 673 | 36 | 43 | 752 |
| Martin Luther King Elementary School | 470 | 13 | 9 | 492 |
| Morningside Elementary School | 390 | 14 | 17 | 421 |
| Northside Elementary School | 324 | 18 | 12 | 354 |
| Radium Springs Elementary School | 402 | 35 | 64 | 501 |
| Robert H. Harvey Elementary School | 588 | 3 | 7 | 598 |
| Sherwood Acres Elementary School | 511 | 45 | 51 | 607 |
| Turner Elementary School | 404 | 13 | 39 | 456 |
| West Town Elementary School | 414 | 0 | 3 | 417 |
| DCSS Pre-K------Included in Home School Totals | | | | |
| Turning Point Elementary--Included in Home School Totals | | | | |
| | | | | |
| TOTALS | 6219 | 459 | 425 | 7103 |
| | | | | |
| GRAND TOTALS | 12356 | 752 | 774 | 13882 |

| DCSS REGULAR CLASSROOM INSTRUCTIONAL STAFF INFORMATION | | | | |
|---|---|---|---|---|
| November, 2019 | | | | |
| SCHOOL | Black | White | Other | Total |
| Dougherty Comprehensive High School | 83 | 10 | 2 | 95 |
| Monroe Comprehensive High School | 76 | 7 | 3 | 86 |
| Westover Comprehensive High School | 69 | 12 | 3 | 84 |
| South Georgia Regional Achievement Center | 25 | 2 | 2 | 29 |
| 4C Academy | 13 | 11 | 0 | 24 |
| Oak Tree | 13 | 12 | 1 | 26 |
| CCPLC | 9 | 0 | 0 | 9 |
| **TOTAL** | 288 | 54 | 11 | 353 |
| Albany Middle School | 73 | 3 | 0 | 76 |
| Merry Acres Middle School | 50 | 7 | 0 | 57 |
| Radium Springs Middle School of the Arts | 62 | 1 | 1 | 64 |
| Robert A. Cross Middle Magnet School | 36 | 10 | 1 | 47 |
| **TOTAL** | 221 | 21 | 2 | 244 |
| Alice Coachman Elementary School | 42 | 12 | 0 | 54 |
| International Studies Elementary Charter School | 36 | 13 | 1 | 50 |
| Robert H. Harvey Elementary School | 56 | 3 | 0 | 59 |
| Lake Park Elementary School | 21 | 31 | 0 | 52 |
| Lamar Reese Elementary School | 41 | 4 | 3 | 48 |
| Lincoln Elementary Magnet School | 44 | 14 | 1 | 59 |
| Live Oak Elementary School | 62 | 7 | 0 | 69 |
| Martin Luther King, Jr. Elementary School | 68 | 3 | 1 | 72 |
| Morningside Elementary School | 45 | 6 | 0 | 51 |
| Northside Elementary School | 40 | 5 | 0 | 45 |
| Radium Springs Elementary School | 46 | 10 | 0 | 56 |
| Sherwood Acres Elementary School | 57 | 10 | 0 | 67 |
| Turner Elementary School | 53 | 3 | 1 | 57 |
| West Town Elementary School | 38 | 6 | 1 | 45 |
| DCSS Pre-K | 23 | 8 | 0 | 31 |
| **TOTAL** | 672 | 135 | 8 | 821 |
| **GRAND TOTAL** | 1181 | 210 | 21 | 1418 |

3

| DCSS ADMINISTRATION AND STAFF | | | | |
|---|---|---|---|---|
| November, 2019 | | | | |
|  | Black | White | Other | Total |
| Principals | 23 | 3 | 0 | 26 |
| Assistant Principals | 36 | 1 | 0 | 37 |
| Vocational Supervisors | 1 | 0 | 0 | 1 |
| Education Teachers | 621 | 198 | 23 | 842 |
| Media Specialists | 8 | 13 | 0 | 21 |
| Counselors | 25 | 3 | 0 | 28 |
| Graduation Coaches | 2 | 1 | 0 | 3 |
| Parent Facilitators | 17 | 2 | 0 | 19 |
| IBO Coordinators | 0 | 0 | 0 | 0 |
| Reading Intervention Teachers (EIP) | 40 | 6 | 0 | 46 |
| **TOTAL** | **773** | **227** | **23** | **1023** |

## Facilities & Capital Project Services – Construction Projects for the 2019 Court Report

The Dougherty County School System continues to renovate, modify, and upgrade its schools and other facilities. All Schools and Buildings are air-conditioned and well equipped with the latest Data Systems/Computer Technology, VOIP Phone, and Security/Access Control Systems Equipment.

The Monroe High School Phase II Renovations, Modifications, and Additions Project was awarded to a Construction Management @ Risk Firm on October 12, 2015 to assist the Architect in completing the Construction Documents and then submitting a Guaranteed Maximum Price (GMP) in July 2016. An early release Site & Demolition Package was Bid on May 19, 2016, and the site utility and demolition work began on May 23, 2016. On September 1, 2016 Bids were received for the various work packages associated with the Construction Project and the Board approved Guaranteed Maximum Price (GMP) 2 on September 12, 2016. Phase A of the Project included the construction of a New Classroom Wing and Gymnasium and it was completed in March 2018. Phase B includes the demolition of the original buildings and construction of a New 9th Grade Academy, a New Band/Art/ROTC/CTAE Wing, and the renovation of the existing Auditorium. Material Completion was achieved in June of 2019, Project Completion/Closeout will be by December 18, 2019.

The GNETS/Oak Tree Addition at Sherwood Elementary School Project was awarded to a Construction Management @ Risk Firm on April 8, 2019 to assist the Architect in completing the Construction Documents and then submitting a Guaranteed Maximum Price (GMP) in June of 2019. An early release Site Work Package was Bid on May 10, 2019, and the Board approved Guaranteed Maximum Price (GMP) 1 on May 13, 2019. On June 12, 2019, Bids were received for the various work packages associated with the Construction Project and the Board approved Guaranteed Maximum Price (GMP) 2 on June 26, 2019. The scope of work is to construct a new 26,000 SF two-story addition connected to the existing building that includes the classrooms, special needs rooms, and the administrative spaces necessary to fully house/support the Georgia Network for Educational and Therapeutic Support (GNETS) / Oak Tree Elementary Program. The Project is scheduled for Material Completion by February 29, 2019 and Substantial Completion by March 31, 2019.

The Architect is finalizing the Bid Documents for the Lake Park Elementary School Roofing Project. Advertisement of the Bid will begin November 22, 2019, Bids will be accepted on January 7, 2020, and the project is scheduled for Material Completion of the work by April 3, 2020. The scope of work is remove existing wet ISO Board Insulation, and replace it with similar material, temporarily dry in that area, and then apply a thermoplastic polyolefin (TPO) single-ply roofing membrane system over the entire roofing system.

The Design Professional is finalizing the Bid Documents for the former Dougherty Middle School Modifications Project. Advertisement of the Bid began on October 18, 2019, Bids will be accepted on November 19, 2019, and the project is scheduled for Material Completion of the work in July of 2020. The scope of work includes providing new finishes (flooring, paint, ceiling tile), door hardware/signage, marker boards/tack boards/tack strips, classroom technology/LCD Boards, stage curtains, LED lighting, toilet/restroom plumbing fixtures, and refurbish the existing windows. The Building will be occupied by several alternative education programs including South Georgia Achievement Center (SGRAC), College and Career/Performance Learning Center (CCPLC), Fresh Start Academy, PALS, and various community support groups/organizations.

On November 2018, the Board approved a Bid Award for the Centegix Crisis Alert Pilot Project at four School Sites. The CENTEGIX CrisisAlert™ System is a safety solution for emergency awareness, response, and critical communication during emergency and crisis situations. The CrisisAlert™ provides a reliable emergency incident and high-level crisis alerting and management solution with visual notification and locating capability, as well as School Staff Alert Badges for instant alerting. The system provides immediate tactile feedback via an integrated crisis management platform with full reporting capabilities and is compatible with wireless and mobile devices. On March 20, 2019, Board approved a Bid Award to expand the installation of the CENTEGIX CrisisAlert™ System to include the remaining twenty-one (21) School Sites, 4C Academy, CCPLC, SGRAC, Magnolia Early Childhood Education Center, Albany High Complex, and the Central Administration Building. Installation of the equipment is complete and the programming and integration of the School System site specific information will be complete by January 2020.

On September 25, 2019 the Board Authorized the Facility Solutions Group to provide an Investment Grade Audit (IGA) to determine the best solution for an LED Lighting Upgrade to all of the Buildings within the School System. The Audit will be submitted to the School System in January 2020, and the work is scheduled to be complete by August 2020.

Miscellaneous Special Capital Projects have been and/or will be completed in various DCSS Schools and Administrative/Support Sites as well as miscellaneous carpet and/or floor tile replacement, painting, fencing, new playground equipment, paving, site/drainage improvements, lighting & HVAC replacement/upgrades, and miscellaneous capital repairs.

The upgrading/expansion of the Security & Access Control System, the Data Infrastructure, and the Classroom Instructional Technology Equipment, that includes electronic data hardware/network/VOIP phone systems, will continue throughout the year.

**DCSS TRANSPORTATION DEPARTMENT:**

The Dougherty County School System Transportation Department is completely desegregated and transports over 6,399 students daily. Daily the Transportation Department runs a total of 105 route buses of which 79 are regular education buses, 6 Pre-kindergarten buses, and 20 Exceptional Student education buses and of these 5 are lift buses and 4 Oak Tree buses.

Two Transportation Supervisors are assigned specific schools to handle zoned transportation requests.

The Transportation Department provides out of town transportation for approved athletic activities and school field trips as well as local transportation for field trips.

## No Child Left Behind Choice Option:

The Every Student Succeeds Act (ESSA) is the federal legislation that governs elementary and secondary education in America. ESSA reauthorized the *Elementary and Secondary Education Act* and replaced *No Child Left Behind* (NCLB) in 2015, with full implementation expected by 2017-2018.

Under ESSA, identified schools are no longer *required* to offer prescribed interventions. However, in 2017-2018, identified schools created plans to identify learning strategies and interventions that support student learning above and beyond regular instruction. They are as follows:

- Northside Elementary School, a CSI/Turnaround School, offers daily reading and math interventions during the regular school-day. Additionally, students receive support via after-school and Saturday School interventions.

- Robert Harvey Elementary School, a CSI Promise/Turnaround School, offers daily reading and math interventions during the regular school-day.

- Alice Coachman Elementary School, a CSI/Turnaround School, offers daily reading and math interventions during the regular school-day. Additionally, students receive support via after-school and Saturday School interventions.

- Radium Middle School, a CSI Promise/Turnaround School, offers daily reading interventions during the regular school-day. Additionally, students receive support via after-school and Saturday School interventions.

- Martin Luther King, Jr. Elementary, a SIG/CSI Promise and Turnaround School, offers Increased Learning Time (ILT) during the regular school-day that occurs daily via a school-wide intervention program and via Extended Learning Time (ELT) by extending the instructional day.