IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHIRLEY GAINES, *et al.* ) | |
| Plaintiffs, ) | |
| vs. ) | CASE NO.:1:63-CV-764 (WLS) |
| DOUGHERTY COUNTY BOARD OF ) EDUCATION, *et al.* ) | |
| Defendants. ) | |

**PLAINTIFFS' RESPONSE TO MOTION FOR DECLARATION OF UNITARY STATUS
AND ENTRY OF FINAL JUDGMENT**

COME NOW the Plaintiffs in the above styled matter, and pursuant to the Court's Order dated September 17, 2019 [Doc. 44], which directed the Defendant Dougherty County School Board to file it's renewed motion to dispose of the desegregation orders in this case no later than December 12, 2019 and that any responses to said motion be filed no later than January 23, 2020, the plaintiff class submits and files the following as its response to the Defendants' Motion for Declaration of Unitary Status and Entry of Final Judgment [Doc.46].

1.

The plaintiff class representative Prophete Joseph Charles, is an African-American father of a child currently attending an elementary school in the Dougherty County School System

2.

Pursuant to an order dated September 17, 2019, Mr. Charles was approved as an appropriate class representative for the plaintiff class.

3.

The undersigned as counsel for plaintiffs has discussed with Mr. Charles the nature of this case and his role and responsibility as class representative. Mr. Charles has reaffirmed his interest in representing the plaintiff class and represents that he understands his role and responsibility to that class in this matter.

4.

Upon reading the Defendants' aforementioned motion and discussing the issues raised in that motion, Mr. Charles as expressed is believes that it is in the best interests of the class to consent to the Defendants' Motion for Unitary Status.

As has been expressed by the defendants and the Caucasian class representative, the racial imbalance which had been the primary reason for bringing the above styled litigation is a condition that no longer exists due to demographic shifts and not the result of defendants' efforts to create a segregated school system. As a result, it is the opinion of Mr. Charles that the goals of the desegregation plan have been satisfactorily fulfilled and that the constitutional requirements for unitary status have been met in all relevant respects.

WHEREFORE, the Plaintiffs do not oppose the Defendants' Motion for Declaration of Unitary Status and Entry of Final Judgment. For these reasons, and those discussed above, the Plaintiffs respectfully request this Honorable Court to set this matter for a hearing and to grant the defendants' aforementioned motion.

Respectfully submitted this 23rd day of January 2020.

                                                THE C.B. KING LAW FIRM
                                                By: /s/Chevene B. King, Jr.
                                                   Chevene B. King, Jr.
                                                   Attorney for Plaintiffs

Post Office Drawer 3468
Albany, Georgia 31706
(229)436-0524
State Bar No.: 420105