IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| SHIRLEY GAINES, et al. | : | |
| | : | |
|     Plaintiff | : | |
| v. | : | CASE NO.: 1:63-CV-764 (WLS) |
| | : | |
| DOUGHERTY COUNTY BOARD OF EDUCATION, et al. | : | |
| | : | |
|     Defendant | : | |

## **MOTION FOR CONTINUANCE OF HEARING**

COMES NOW the Caucasian Class of Students and Parents ("Caucasian Class Representative") in the above-styled matter, and hereby requests a continuance of the hearing scheduled for Tuesday, March 10, 2020 at 2:00 pm. [Doc. 49]. The reason for the request is that the Caucasian Class Representative is unavailable on that date due to work schedule out of town and requests another hearing date so that the Caucasian Class Representative may be present.

Respectfully Submitted, this 24th day of February, 2020.

                                          GARDNER WILLIS PLAIRE & WILSON, LLP

                                          BY: /s/ *Smith N. Wilson*
                                                  SMITH N. WILSON
                                                  State Bar No. 265251

PREPARED BY:
 /s/ *Smith N. Wilson*
State Bar No. 265251
Gardner Willis Plaire & Wilson, LLP
Post Office Drawer 71788
Albany, Georgia 31708-1788
(229) 883-2441
smith.wilson@gwspplaw.com

42-045-2020-02-7107-2

# CERTIFICATE OF SERVICE

STATE OF GEORGIA,
COUNTY OF DOUGHERTY.

THIS WILL CERTIFY that I have this date served the foregoing MOTION FOR CONTINUANCE OF HEARING on all counsel of record by filing same using the Court's CM/ECF system as required by local rules.

This 24th day of February, 2020.

GARDNER WILLIS PLAIRE & WILSON, LLP

BY: /s/ *Smith N. Wilson*
      SMITH N. WILSON
      Georgia Bar No. 265251

42-045-2020-02-7107-2