IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY/ VALDOSTA DIVISION
AT ALBANY, GEORGIA



## MINUTE SHEET OF COURT PROCEEDING [UNCONTESTED]

Date: 3/10/20

Judge: W. LOUIS SANDS

Courtroom Deputy: Gloria D. Anderson

Hearing Type: Mot for Declaration of Unitary Status and Entry of Final Judgment

Court Reporter: Sally Gray
Staff Attorney: CRT
Interpreter:

### Case Number: 1:63cv-764 (WLS)

**SHIRLEY GAINES, et al.**

Counsel: Chevene King

v.

**DOUGHERTY COUNTY BOARD OF EDUCATION et al.**

Counsel: Gary Lamar, Jr
Smith Wilson

Agents/Experts in Attendance:

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

**IN COURT Time: /50**

**The Court inquired as which class members and representatives were present for each party: African – American Class- Atty Chevene King . Ms. Norma Gaines Heath, and Ms. Marian Gaines Jones addressed the Court as representatives.**

**DoCo Bd. Of Educ. Atty. Gary Lamar, Jr.: Kenneth Dyers- Rep. for Doco Bd of Educ. Caucasian Class – Atty. Smith Wilson. Dawn Guanciale addressed the Court as representative.**

**Kenneth Dyer was sworn as a Witness for the Doco Board of Educ. He was questioned by Atty. Gary Lamar, Jr. The Court also addressed the witness. Atty King had no questions for the witness.**

**The Court noted to Ms. Heath that she was not sworn as witness , but her response would**

*be a part of the record.*

*Mr. Dyer also spoke after Mr. Marion Gaines Jones, to clarify some the comments she made.*

*The Court received a copy the 2019 Federal Court Report, which is already on file as an appendix #1 to Doc# 45.*

*A copy of the notice to all parties was made a part of the record as Defendant's Exhibit #1.*

*An order will be entered memorializing discussion of the hearing.*

*The matter was adjourned.*