**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

SHIRLEY GAINES, *et al.*,                  :
                                                              :
    Plaintiff,                            :
                                                              :          CASE NO.: 1:63-CV-764 (WLS)
v.                                                          :
                                                              :
DOUGHERTY COUNTY BOARD            :
OF EDUCATION, *et al.*,                     :
                                                              :
    Defendants.                         :
_____

## ORDER

On Tuesday, March 10, 2020, the Court held a public hearing in this case on Defendant Dougherty County Board of Education's Motion for Declaration of Unitary Status and Entry of Final Judgment (Doc. 46). The Court stated that all Parties could file anything additional in this case that pertains to the Court's resolution of the motion no later than close of business on Tuesday, March 17, 2020, at which time the record will be considered closed.

    **SO ORDERED**, this 11th day of March 2020.

                         **/s/ W. Louis Sands**
                         **W. LOUIS SANDS, SR. JUDGE**
                         **UNITED STATES DISTRICT COURT**