IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHIRLEY GAINES, et al, | * |
| Plaintiff, | * |
| v. | Case No. 1:63-CV-764(WLS) |
| | * |
| DOUGHERTY COUNTY BOARD OF EDUCATION, et al, | * |
| Defendants. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 29, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of April, 2020.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk